THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GROUP NORTHWEST, INC., an Oregon Corporation,

　　　　　　Plaintiff,

　　v.

THE CITY OF SOUTH BEND, a Washington State Municipal Corporation,

　　　　　　Defendant.

Case No. C06-5219  RBL

ORDER TO SHOW CAUSE

　　　Plaintiff Group Northwest, Inc., filed suit against Defendant, the City of South Bend, in Pacific County Superior Court on April 3, 2006. Defendant removed the matter to this Court on April 18, 2006. This Court granted Plaintiff's attorney Charles Shane's Motion to Withdraw as Attorney [Dkt. #s 14-15] on December 14, 2006. Defendant's Motion for Summary Judgment [Dkt. # 16] was filed on June 14, 2007. Plaintiff's response was due July 2, 2007. To this Court's knowledge, Plaintiff has not retained new counsel.

　　　Although an individual may appear before this Court *pro se*, corporations appearing in court proceedings must be represented by an attorney. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-03 (1993) ("[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel). "Corporations appearing in court proceedings must be represented by an attorney" because "corporations are artificial entities that can only act through their agents." *Lloyd Enterprises, Inc. v. Longview Plumbing & Heating*

ORDER
Page - 1

*Co., Inc.,* 91 Wn. App. 697, 701, 958 P.2d 1035 (1998).  Additionally, every pleading of a party represented by another must be signed by an attorney.  *See* Fed. R. Civ. P. 11.

Plaintiff is therefore directed to **SHOW CAUSE IN WRITING** within **14 DAYS** of the date of this Order why this Court should not dismiss without prejudice Plaintiff's claims.  Plaintiff can show such cause by retaining the services of a lawyer to:  (1) put in a notice of appearance to show that the Plaintiff corporation has proper representation; (2) bring the Plaintiff corporation's pleadings into compliance with Fed. R. Civ. P. 11's signing requirements; and (3) inform the Court as to when counsel will be prepared to respond to Defendant's Motion for Summary Judgment [Dkt. # 16].

The Clerk is directed to send a copy of this Order to Plaintiff**.**

DATED this 18th day of July, 2007.

*(Electronically Signed Per Authorization)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE