The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GROUP NORTHWEST, INC., an Oregon Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SOUTH BEND, a Washington State Municipal Corporation, <br><br> Defendants. | No. C06-05219-RBL <br><br> STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Pursuant to FRCP 41(2), the parties consent to the entry of the sub-joined Order dismissing the lawsuit with prejudice.

**ORDER**

Pursuant to the stipulation of the parties described above, the Court rules as follows:

1. All of Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE.

2. All of Defendant's counterclaims against Plaintiff are hereby DISMISSED WITH PREJUDICE.

STIPULATED ORDER OF DISMISSAL - 1

SEA 2081045v1 0050022-000201

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

3. The Clerk of the Court is directed to remove the trial and other related dates from the Court's calendar.

4. Each party shall bear their own costs and attorneys fees.

IT IS SO ORDERED this 24th day of September, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Stipulated to and presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff
Group Northwest, Inc.

By _____
    Charles E. Maduell, WSBA #15491

Stipulated to, and notice of presentation waived:

MICHAEL B. TIERNEY, P.C.
Attorneys for Defendant
The City of South Bend

By _____
    Michael B. Tierney, WSBA #13662

STIPULATED ORDER OF DISMISSAL - 2

SEA 2081045v1 0050022-000201

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael B. Tierney, tierney@tierneylaw.com, admin@tierneylaw.com

DATED this 21st day of September, 2007.

Davis Wright Tremaine LLP<br>
Attorneys for Plaintiff<br>
Group Northwest, Inc.<br>
<br>
By /s/Charles E. Maduell<br>
Charles E. Maduell, WSBA #15491<br>
Telephone: (206) 622-3150<br>
Fax: (206) 757-7700<br>
E-mail: chuckmaduell@dwt.com

STIPULATED ORDER OF DISMISSAL - 3

SEA 2081045v1 0050022-000201

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700